ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Robinson Cruise Planners Limited | ) | ASBCA No. 60452 |
| | ) | |
| Under Contract No. N00189-07-C-Z122 | ) | |

APPEARANCE FOR THE APPELLANT:     Edward J. Kinberg, Esq.
                                   Widerman Malek, PL
                                   Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                   Gregory T. Allen, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn because appellant's bankruptcy has concluded and, according to the parties, the debt owed to the government was discharged in the bankruptcy proceeding. Accordingly, pursuant to appellant's unopposed motion for dismissal, this appeal is dismissed from the Board's docket with prejudice.

Dated: 1 May 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60452, Appeal of Robinson Cruise Planners Limited, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals